UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST<br><br>Plaintiff<br><br>v.<br><br>PASQUALE G. SMITH, JR.<br><br>Defendant | 2:19-cv-00219-DBH |



## JUDGMENT OF FORECLOSURE AND SALE

**Address: 61 Pheasant Run Road, East Waterboro, ME 04030**
**Mortgage: September 8, 2006, Book: 14964, Page:237**

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on January 8, 2020. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, was present and represented by John A. Doonan, Esq. Defendant, Pasquale G. Smith, Jr., did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment of Foreclosure and Sale and Reformation of Legal Description are GRANTED. Count III - Breach of Note, Count IV - Breach of Contract, Money Had and Received, Count V - Quantum Meruit, and Count VI - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure and Sale and Count II Reformation of Legal Description are hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing

($144,648.15) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $117,407.12 |
| Interest | $17,975.95 |
| Escrow Advances | $9,270.44 |
| Late Charges | $334.75 |
| Less Unapplied Funds | ($340.11) |
| Grand Total | $144,648.15 |

2. At the aforesaid hearing, U.S. Bank presented evidence that it may have been entitled to a Judgment in the amount of $146,257.36. However, during the hearing, U.S. Bank waived the following costs: Mailing Costs ($14.21), Court Costs ($453.00), Title Fees ($395.00), Inspection Exterior ($525.00), Other Repairs ($15.00), and SVCL Title ($207.00). Therefore, the total due under this Judgment of Foreclosure and Sale is $144,648.15. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($144,648.15) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the East Waterboro Property shall terminate, U.S. Bank shall conduct a public sale of the East Waterboro Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $144,648.15 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $144,648.15.

5. U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust has first priority, in the amount of $144,648.15, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

6. For good cause, the Court specifically amends the legal description of the subject Mortgage to reflect the description in the Defendant's deed of acquisition and reflected in the attached Exhibit A to the Judgment herein.

7. The prejudgment interest rate is 4.25000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 225D Beverly, MA 01915 |
| DEFENDANT |  |  |

Pasquale G. Smith, Jr.        Defaulted
61 Pheasant Run Road
East Waterboro, ME 04030

a) The docket number of this case is No. 2:19-cv-00219-DBH.

b) The Defendant, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 61 Pheasant Run Road, East Waterboro, ME 04030, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 61 Pheasant Run Road, East Waterboro, ME 04030. The Mortgage was executed by the Defendant on September 8, 2006. The book and page number of the Mortgage in the York County Registry of Deeds is Book 14964, Page 237.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 61 Pheasant Run Road, East Waterboro, ME 04030.

**SO ORDERED**

DATED THIS 23rd DAY OF January, 2020

U.S. DISTRICT JUDGE